UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MA,

       Plaintiff,

CASE NO. 1:13-cv-0089

v.

HON. ROBERT J. JONKER

AMERICAN ELECTRIC POWER, INC.,

       Defendant.
_____/

## JUDGMENT

    In accordance with the Court's Opinion entered this day, Judgment is entered in favor of Defendant American Electric Power, Inc., and against Plaintiff Mary Ma.

Dated:  August 18, 2015                    /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES CHIEF DISTRICT JUDGE