UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MA,

       Plaintiff,

                                   CASE NO. 1:13-CV-89

v.

                                   HON. ROBERT J. JONKER

AMERICAN ELECTRIC POWER, INC.,

       Defendant.

_____/

## **ORDER**

       The parties are hereby notified they shall have until **October 6, 2017**, in which to file a brief addressing the order entered by the Sixth Circuit Court of Appeals on August 31, 2017.

Date:   September 6, 2017                /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE